# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TODD MERCER (#526861)          CIVIL ACTION

VERSUS

                         19-442-SDD-RLB

DR. SOONG, ET AL.

## RULING

Before the Court are the plaintiff's Request for Emergency Restraining Order (R. Doc. 3), Request for Emergency Order of Protection and Transfer (R. Doc. 4), Emergency Declaration and Request for Custody Transfer (R. Doc. 6), Motion to Intervene and Writ of Protection (R. Doc. 8), and Request for Preliminary Injunction wherein the plaintiff asks the court to issue an order barring the defendants from transferring him to a DOC facility or a state mental hospital, order that the plaintiff be transferred to the Tensas Parish Detention Center, and that Dr. Soong be barred from further treating the plaintiff.

The plaintiff's Motions all request injunctive relief. In order to obtain injunctive relief, the plaintiff must establish: (1) a substantial likelihood of prevailing on the merits; (2) a substantial threat of irreparable injury if the injunction is not granted; (3) the threatened injury outweighs any harm that will result to the non-movant if the injunction is granted; and (4) the injunction will not disserve the public interest. *See Ridgely v. Fed. Emergency Mgmt. Agency*, 512 F.3d 727, 734 (5th Cir. 2008). If a plaintiff fails to meet his burden regarding any of the necessary elements, the Court need not address the other elements necessary for granting a preliminary injunction. *See Roho, Inc. v. Marquis*, 902 F.2d 356, 261 (5th Cir. 1990) (declining to address the remaining elements necessary to obtain a preliminary injunction after finding that the plaintiff failed to show a substantial likelihood of success on the merits).

On the record before the Court, the plaintiff is not entitled to the relief requested. The plaintiff is unable to demonstrate a substantial likelihood of success on the merits. Further, the plaintiff has not shown how the defendants' actions would cause him irreparable harm without a temporary restraining order. Accordingly,

**IT IS ORDERED** that the plaintiff's Motions (R. Docs. 3, 4, 6, 8, and 9) are **DENIED**.

Signed in Baton Rouge, Louisiana on September 18, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**