# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TODD MERCER (#526861)     CIVIL ACTION

VERSUS

19-442-SDD-RLB

DR. SOONG, ET AL.

## RULING

Before the Court are the plaintiff's Emergency Memorandum to the Court (R. Doc. 23) and Motion for Preliminary Injunction wherein the plaintiff asks the court to issue an order that the plaintiff be transferred to the Tensas Parish Detention Center, and that Dr. MacMurdo be barred from further treating the plaintiff.

The plaintiff's Motions both request injunctive relief. In order to obtain injunctive relief, the plaintiff must establish: (1) a substantial likelihood of prevailing on the merits; (2) a substantial threat of irreparable injury if the injunction is not granted; (3) the threatened injury outweighs any harm that will result to the non-movant if the injunction is granted; and (4) the injunction will not disserve the public interest. *See Ridgely v. Fed. Emergency Mgmt. Agency*, 512 F.3d 727, 734 (5th Cir. 2008). If a plaintiff fails to meet his burden regarding any of the necessary elements, the Court need not address the other elements necessary for granting a preliminary injunction. *See Roho, Inc. v. Marquis*, 902 F.2d 356, 261 (5th Cir. 1990) (declining to address the remaining elements necessary to obtain a preliminary injunction after finding that the plaintiff failed to show a substantial likelihood of success on the merits).

On the record before the Court, the plaintiff is not entitled to the relief requested. At this early stage in these proceedings, the plaintiff has failed to establish a substantial likelihood of

success on the merits. The defendants have yet been served or answered the plaintiff's claims, and no discovery has been conducted.

Furthermore, the plaintiff has not established that he will suffer substantial injury if the preliminary injunction is denied. Rather, the plaintiff alleges that he has now been transferred to the Louisiana State Penitentiary and has received or is receiving treatment from Dr. Toce. Accordingly,

**IT IS ORDERED** that the plaintiff's Motions (R. Docs. 23 and 25) are **DENIED**.

Signed in Baton Rouge, Louisiana on October 31, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**