**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

MERCER                                                                              CIVIL ACTION

VERSUS                                                                            19-442-SDD-SDJ

SOONG, ET AL.

## RULING

The Court, after carefully considering the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson, dated September 25, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] is hereby GRANTED and Plaintiff's claims against Defendants Soong, Miller, Kent, MacMurdo, Devall, Thurman, and Hickman are dismissed, without prejudice, for failure of the Plaintiff to serve the Defendants as required by Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Jacobs, Kim Doe, Wolf, Toloso, Pearce, Beckham, and Funderburk, are hereby dismissed *sua sponte*, without prejudice, for failure of the Plaintiff to serve the Defendants as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana the 19th day of October, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 60.
[2] Rec. Doc. 70.
[3] Rec. Doc. 60.