# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

MERCER                                                            CIVIL ACTION

VERSUS                                                 19-442-SDD-SDJ

SOONG, ET AL.

## **RULING**

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated September 25, 2020, to which no objection has been filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] is hereby GRANTED and Plaintiff's claims against Defendant Folse are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with Plaintiff's potential state law claims and this matter is dismissed in its entirety.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana the 21st day of October, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 59.
[2] Rec. Doc. 71.
[3] Rec. Doc. 59.